[No. 17984–5–I.   Division One.   July 13, 1987.]

D. P., *Respondent,* v. BLUE CROSS OF WASHINGTON AND ALASKA, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 85–2–03306–8, Gerald L. Knight, J., entered February 12, 1986. *Reversed* by unpublished opinion per Ringold, J., concurred in by Scholfield, C.J., and Webster, J.

[No. 18150–5–I.   Division One.   July 13, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM CHRISTOPHER SATHER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85–1–01831–8, George T. Mattson, J., entered February 27, 1986. *Dismissed* by unpublished per curiam opinion.

[No. 18236–6–I.   Division One.   July 13, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. GEORGE EDWARD MYERS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85–1–04333–9, Jerome M. Johnson, J., entered April 4, 1986. *Dismissed* by unpublished per curiam opinion.

[No. 18247–1–I.   Division One.   July 13, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. MARSHALL EDWARD McGOWAN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85–1–03658–8, Shannon Wetherall, J., entered April 1, 1986. *Dismissed* by unpublished per curiam opinion.